

## NOTICE OF REMOVAL
(FEDERAL QUESTION)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

19cv513

Commonwealth of Pennsylvania, Plaintiff,

vs.

Tehen K Green, Defendant

FILED
SEP 05 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

Case No.: CP-46CR-0004727-2019

Subject Matter Jurisdiction
Action under 28 USC 1446(b)
(Federal Question)

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
PLEASE TAKE NOTICE that defendant _Tehron K Green_ hereby removes to this Court the state court action described below.

XI. On _July 23rd_, an action was commenced in the _Pennsylvania_ Judicial District, District Court, Norristown Pennsylvania, entitled _Commonwealth of Pennsylvania_, Plaintiff, vs. _Tehron K Green_, Defendant, Case number _CP-46-CR-0004727-2019_

XII. Defendant was served with summons on _July 23rd_ 20_19_, and received a copy of plaintiff's petition on _July 23rd_, 20_19_. This Notice is timely.

XIII. A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".

XIV. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under ___ *(statute, constitutional provision, or other basis of federal question jurisdiction)* .

XV.   All other defendants who have been served with summons and petition have joined in this Notice of Removal, as evidenced by the Joinders of defendant ___N/A___ and defendant ___N/A___, filed concurrently herewith.

WHEREFORE, defendant Tehron K Green prays that this action be removed to the United States District Court for the District of Kansas.

DATED: September 3rd, 2019

By ___Tehron K Green___

All rights Reserved UCC1-308

Tehron K Green
c/o Tehron-Khonieu: Green
34 East Germantown Pike
Suite 333
Norristown PA 19401

# Magisterial District Judge 38-1-01

## DOCKET

Docket Number: MJ-38101-CR-0000140-2019

# Criminal Docket



Commonwealth of Pennsylvania
v.
Tehron K. Green

Page 1 of 3

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Marc A. Alfarano | Issue Date: | 05/17/2019 |
| OTN/LOTN: | X 259863-2/X 259863-2 | File Date: | 05/17/2019 |
| Arresting Agency: | West Norriton Township Police Dept | Arrest Date: | |
| Complaint/Incident #: | 201904715 | Disposition: | |
| County: | Montgomery | Disposition Date: | |
| Township: | West Norriton Township | Case Status: | Active |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Active | 05/17/2019 | Awaiting Preliminary Hearing |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Preliminary Arraignment | 05/17/2019 | 8:00 pm | | Magisterial District Judge Maureen C. Coggins | Scheduled |
| Preliminary Hearing | 05/24/2019 | 10:00 am | | Magisterial District Judge Maureen C. Coggins | Continued |
| Preliminary Hearing | 05/29/2019 | 10:15 am | | Magisterial District Judge Marc A. Alfarano | Continued |
| Preliminary Hearing | 07/23/2019 | 10:00 am | | Magisterial District Judge Marc A. Alfarano | Scheduled |

### CONFINEMENT

| Confinement Location | Confinement Type | Confinement Reason | Confinement Date | Confinement End Date |
|---|---|---|---|---|
| **Case Confinement** | | | | |
| Montgomery County Prison | County Jail | Unable to Post Bail | 05/17/2019 | 05/20/2019 |

MDJS 1200

Printed: 07/16/2019   2:10 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



## Magisterial District Court 38-1-01
### Public Court Summary



Aliases: Tehron Greene, Tehron Green

**Court: MDJ-38-1-01**
**Active**

| | | |
|---|---|---|
| **MJ-38101-CR-0000140-2019** | Processing Status: Awaiting Preliminary Hearing | OTN/LOTN: X 259863-2/X 259863-2 |
| Arrest Date: | | Disp. Event Date: |
| Last Action: Preliminary Hearing | | Last Action Date: 05/29/2019 |
| Next Action: Preliminary Hearing | | Next Action Date: 07/23/2019 |
| Bail Type: Monetary | Bail Amount: $25,000.00 | Bail Status: Posted |

| Statute | Grade | Description | Disposition | Counts |
|---|---|---|---|---|
| 18 § 2701 §§ A1 | M2 | Simple Assault | | 1 |
| 18 § 2705 | M2 | Recklessly Endangering Another Person | | 1 |
| 18 § 2706 §§ A1 | M2 | Terroristic Threats W/ Int To Terrorize Another | | 1 |
| 18 § 3925 §§ A | F2 | Receiving Stolen Property | | 1 |
| 18 § 6105 §§ A1 | F2 | Possession Of Firearm Prohibited | | 1 |
| 18 § 6106 §§ A1 | F3 | Firearms Not To Be Carried W/O License | | 1 |

| | | |
|---|---|---|
| **MJ-38101-TR-0001797-2019** | Processing Status: Awaiting Plea | OTN: |
| Arrest Date: | | Disp. Event Date: |
| Last Action: | | Last Action Date: |
| Next Action: | | Next Action Date: |

| Statute | Grade | Description | Disposition | Counts |
|---|---|---|---|---|
| 75 § 1543 §§ A | S | Driv While Oper Priv Susp Or Revoked | | 1 |

**Closed**



| Statute | Grade | Description | Disposition | Counts |
|---|---|---|---|---|
| [redacted] | S | [redacted] | Dismissed | 1 |
| [redacted] | | [redacted] | Dismissed | 1 |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these reports. Court summary report information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Magisterial District Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense